United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALBERTO BRITO PEREZ,<br>"Petitioner," | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:26-cv-00907 |
| WARDEN, PORT ISABEL SERVICE<br>PROCESSING CENTER, *et al.*,<br>"Respondents." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court are Petitioners' "Notice of Voluntary Dismissal Without Prejudice" (Dkt. No. 5). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioners' claims against the Respondents are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this September 23, 2026

Rolando Olvera
United States District Judge